IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADETECH, INC,, <br><br> Plaintiff(s), <br><br> vs. <br><br> AMERICAN EMPLOYERS GROUP, APPLIED UNDERWRITERS, and DOES 1 through 50, inclusive, <br><br> Defendant(s). / | No. C 06-2991 MEJ <br><br> **ORDER DIRECTING PARTIES TO FILE CONSENT/DECLINATION FORM** <br><br> **ORDER DIRECTING DEFENDANTS' TO LODGE CHAMBERS COPIES OF E-FILED DOCUMENTS** <br><br> **ORDER RESCHEDULING DEFENDANT'S MOTION TO DISMISS HEARING** |

  The Court is in receipt of Defendants' Motion to Dismiss for Improper Venue, or in the alternative Motion to Transfer.  Upon review of the record in this action, the Court notes that the parties have not filed written consents to Magistrate Judge James' jurisdiction or requests for reassignment to a United States District Court judge for trial.  This civil case was randomly assigned to United States Magistrate Judge Maria-Elena James for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the Magistrate Judges of this District Court are designated to conduct any and all proceedings in a civil case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

  You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, the parties shall inform the Court whether they consent to Magistrate

Judge James' jurisdiction or request reassignment to a United States District Judge for trial. A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/. From the homepage, click on the "Forms" tab on the left margin, then choose "Civil." The parties shall inform the Court as soon as possible, but no later than June 1, 2006.

Although the Court is aware of Defendants' Motion to Dismiss through the Court's e-file system, this Court has not received Chambers copies for Docket Nos. 3-13. General Order 45.VI.G states,

> [i]n all cases subject to ECF, in addition to filing papers electronically, the parties are required to lodge for chambers no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically. These printed copies shall be marked "Chambers Copy" and shall be clearly marked with the judge's name, case number, and "Chambers Copy-Do Not File." The printed copies shall be delivered to the Clerk's Office. Parties shall not file a paper copy of any document with the Clerk's Office that has already been filed electronically.

General Order 45.VI.G. Defendants are to submit Chambers copies of Docket Nos. 3-13. The continual failure to lodge Chambers copies or failure to comply with this Order will result in sanctions.

Defendants' scheduled the Motion to Dismiss for June 22, 2006. Subsequently, Defendants' filed an Amended Notice and scheduled the hearing for June 29, 2006. However, the Court is unavailable on either of those two dates. Accordingly, the Court resets the hearing date for Thursday, July 13, 2006, at 10:00 a.m. This Order, however, does not alter the original briefing schedule.

**IT IS SO ORDERED.**

Dated: May 16, 2006

MARIA-ELENA JAMES
United States Magistrate Judge