# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

GradeTech, Inc.

CASE NO. C-06-02991 WHA

Plaintiff(s),

v.

American Employers Group, Applied
Underwriters, and Does 1 through 50

Defendant(s).
_____/

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
Non-binding Arbitration (ADR L.R. 4)
Early Neutral Evaluation (ENE)   (ADR L.R. 5)
Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓      Private ADR *(please identify process and provider)*  Mediation/JAMS

The parties agree to hold the ADR session by:
the presumptive deadline *(The deadline is 90 days from the date of the order
referring the case to an ADR process unless otherwise ordered.)*

✓      other requested deadline  October 2006

Dated: 6/26/06

Attorney for Plaintiff

Dated: 6·27·06

Attorney for Defendant

**[PROPOSED] ORDER**

        Pursuant to the Stipulation above, the captioned matter is hereby referred to:

                Non-binding Arbitration
                Early Neutral Evaluation (ENE)
                Mediation
✓              Private ADR

        Deadline for ADR session
                90 days from the date of this order.
                other

IT IS SO ORDERED.



Dated:   June 28, 2006

                                    UNITED STATES DISTRICT     JUDGE